UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21171-BLOOM/Torres

EULALIA MARTIN-VIANA,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.

_____/

## ORDER ALLOWING CHAIR INTO THE COURTROOM FOR USE AT TRIAL

**THIS CAUSE** is before the Court upon Defendant's Motion to Authorize Entry with Chair for Trial and For Use at Trial ("Motion"), ECF No. [249]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [249]**, is **GRANTED**.

2. Defendant's counsel, Andrew Craven, may bring the subject chair, which is a multi-position chair made of gray metal and blue nylon, to Courtroom 10-2 for use at trial on July 17, 2024.

**DONE AND ORDERED** in Chambers at Miami, Florida on July 16, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record