UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21171-BLOOM/Torres

EULALIA MARTIN-VIANA,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

**ORDER ON REPORT AND RECOMMENDATIONS
ON MOTION FOR TAX COSTS**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Bill of Costs, ECF No. [281]. On September 5, 2024, the Motion was referred to United States Magistrate Judge Edwin G. Torres, ECF No. [282]. On November 18, 2024, Judge Torres issued a report and recommendation ("R&R"), ECF No. [307], recommending that the Motion be granted in part and denied in part. None of the Parties filed objections to the R&R.

"If a party fails to object to any portion of the magistrate judge's report, those portions are reviewed for clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The portions of the report and recommendation to which an objection is made are reviewed *de novo* only if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3); *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Nevertheless, the Court is fully advised in the premises of the R&R. Upon review, the Court finds the R&R to be well reasoned and correct.

Case No. 23-cv-21171-BLOOM/Torres

The Court therefore agrees with the analysis in the R&R and concludes that the Motion for Bill of Costs, ECF No. [281], must be granted in part and denied in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation on Plaintiff's Motion for Taxable Costs, **ECF No. [307]**, is **ADOPTED**;

2. The Motion for Bill of Costs, **ECF No. [281]**, is **GRANTED** as to all costs requested but **DENIED** as to the $605.80 included as Pacer costs that cannot be deemed copying costs under section 1920(4) or docketing costs under section 1920(5).

3. Plaintiff shall recover a total cost award under section 1920 in the sum of **$44,981.56.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 4, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record